UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  BANKRUPTCY CASE NO.
SHON LEE GRAHAM  09-52765 KMS

### FINAL ORDER OF DISMISSAL

THIS CAUSE came on for hearing for a Final Order of Dismissal pursuant to a previous Order (DK#49), and the Court, being fully advised in the premises does hereby find and Order as follows:

THAT, pursuant to the Agreed Order entered by this Court on March 09, 2011, the Debtor was Ordered by the Court to keep plan payments current.

THAT, Debtor has failed to abide by the terms of said Agreed Order.

THAT, therefore, this Chapter 13 proceeding is hereby dismissed.

*/s/ Katharine M. Samson*
Katharine M. Samson
United States Bankruptcy Judge
Dated: May 31, 2011

SUBMITTED BY:

J.C. BELL, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011